**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

VARONA THOMAS LEONARDO,

Petitioner,

v.

WARDEN JEREMY CASEY,

Respondent.

Case No.: 26cv2013 DMS MMP

**ORDER DISMISSING CASE**

In light of the Court's ruling in the related case 26cv1856, this case is dismissed. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED**.

Dated: June 18, 2026

Hon. Dana M. Sabraw
United States District Judge